No. 10–7387.   SETSER v. UNITED STATES.   C. A. 5th Cir.   [Cer-
tiorari granted, 564 U. S. 1004.]   Motion of petitioner for leave to
file volume II of the joint appendix under seal granted.

No. 10–9603.   MONACELLI v. FLORIDA DEPARTMENT OF CHIL-
DREN AND FAMILIES ET AL.   Dist. Ct. App. Fla., 2d Dist.; and

No. 10–9604.   MONACELLI v. FLORIDA DEPARTMENT OF CHIL-
DREN AND FAMILIES.   Sup. Ct. Fla.   Motions of petitioner for re-
consideration of order denying leave to proceed in forma pauperis
[563 U. S. 1005] denied.

No. 10–9712.   FREDERICK v. GRAHAM.   Sup. Ct. Wis.   Motion
of petitioner for reconsideration of order denying leave to proceed
in forma pauperis [563 U. S. 984] denied.

No. 10–9915.   VAN STUYVESANT v. CONWAY, SUPERINTENDENT,
ATTICA CORRECTIONAL FACILITY.   C. A. 2d Cir.   Motion of peti-
tioner for reconsideration of order denying leave to proceed
in forma pauperis [563 U. S. 1030] denied.

No. 10–9937.   GILLARD v. SOUTHERN NEW ENGLAND SCHOOL
OF LAW.   C. A. 1st Cir.   Motion of petitioner for reconsideration
of order denying leave to proceed in forma pauperis [563 U. S.
1030] denied.

No. 10–9970.   LAFOUNTAIN v. BALCARCEL.   C. A. 6th Cir.   Mo-
tion of petitioner for reconsideration of order denying leave to pro-
ceed in forma pauperis [564 U. S. 1001] denied.